# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-38472 LMI  
**Case Name:** TAMAR DIAMONDS, INC.  
**Period Ending:** 06/30/16  

**Trustee:** (290830)   Barry E. Mukamal  
**Filed (f) or Converted (c):** 12/14/10 (c)  
**§341(a) Meeting Date:** 02/07/11  
**Claims Bar Date:** 04/20/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | BANK OF AMERICA 7742 | 1,175.73 | 1,175.73 | | 0.00 | FA |
| 3 | REGIONS 0899 | 67.98 | 67.98 | | 0.00 | FA |
| 4 | DIAMOND INVENTORY LIST  (u) | 200,768.00 | 200,768.00 | | 27,575.00 | FA |
| 5 | ACCOUNTS RECEIVABLE | 655,485.85 | 655,485.85 | | 0.00 | FA |
| 6 | 2009 HONDA ACCORD - LEASED  (u) | 17,300.00 | 17,300.00 | | 0.00 | FA |
| 7 | DESK, 3 CHAIRS, COMPUTER  (u) | 500.00 | 500.00 | | 0.00 | FA |
| 8 | BOX SAFE  (u) | 2,000.00 | 2,000.00 | | 1,000.00 | FA |
| 9 | ADV 12-1944 - RAHMANIM IMPORTS INC  (u) | 7,706.15 | 7,706.15 | | 7,706.15 | FA |
| 10 | ADV 12-1946 - EVEREST STAR INC.  (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 11 | ADV 12-1953 - TRUSTAR DIAMONDS INC.  (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 12 | ADV 12-1948 - A.S. DIAMONDS  (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 13 | ADV 12-1951 - BIJAN DIAMONDS  (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 14 | ADV 12-1954 - E.Z. DIAMOND IMPORTS INC  (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 15 | DIAMONDS HELD BY PANAMANIAN CUSTOMS  (u) | Unknown | 50,000.00 | | 0.00 | 50,000.00 |
| 16 | ADV 12-1957 - GDB GROUP  (u) | 586,673.14 | 586,673.14 | | 0.00 | 586,673.14 |
| 17 | ADV 12-1957 - ELS DIAMONDS FL  (u) | 146,475.89 | 146,475.89 | | 0.00 | 146,475.89 |
| 17 | **Assets**  Totals (Excluding unknown values) | **$1,659,152.74** | **$1,709,152.74** | | **$76,281.15** | **$783,149.03** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38472 LMI
**Case Name:** TAMAR DIAMONDS, INC.
**Period Ending:** 06/30/16

**Trustee:** (290830) Barry E. Mukamal
**Filed (f) or Converted (c):** 12/14/10 (c)
**§341(a) Meeting Date:** 02/07/11
**Claims Bar Date:** 04/20/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

The Trustee filed 16 adversarial procedures, nine produced recovery for the estate, six have been dismissed, two have resulted in default judgments and the final adversary is pending final determination. The total recovery to date is $76,281.15, which includes the agreement with Regions Bank and Spendid as to certain diamonds which had been held in a safety deposit box at Regions Bank, court ordered 07/18/11 and 02/04/13. Case pending resolution of the diamonds held by Panamanian Customs. Regions Bank confirmed that it will not be asserting its secured interest in the diamonds. The Trustee reached out to counsel in Panama who is currently negotiating with Customs to reduce fees and costs (approx. $50K) and liquidate the diamonds for the benefit of the creditors. The Trustee consulted with counsel in Panama who made inquiries and filed documents on his behalf. The claim filed with the Panamanian authorities was denied in May 2016 based on claims of levies, penalties, and other surcharges incident to the original seizure. The only available recourse is filing suit in the Supreme Court of Panama which the Trustee is evaluating but will likely not pursue. I anticipate the TFR will be filed by 09/30/16.
ADV 12-957 - Pending entry of Default Judgment Against Defendants, GDB Group, LLC and ELS Diamonds FL, LLC

Claims review complete. Corporate tax returns are required and being filed annually.

12/14/10 - Court's order converting case to Chapter 7
12/15/10 - Notice appointing Barry E. Mukamal Chapter 7 Trustee
12/23/10 - Court order granting employment of Trustee's accountant, Barry E. Mukamal CPA
03/22/11 - Court order granting employment of Trustee's attorney, Craig V. Rasile Esq. of Hunton & Williams LLP
07/29/11 - Court order granting employment of Trustee's attorney, Craig V. Rasile Esq. of DLA Piper LLP

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-38472 LMI | **Trustee:** (290830)   Barry E. Mukamal |
| **Case Name:** TAMAR DIAMONDS, INC. | **Filed (f) or Converted (c):** 12/14/10 (c) |
| | **§341(a) Meeting Date:** 02/07/11 |
| **Period Ending:** 06/30/16 | **Claims Bar Date:** 04/20/11 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** September 30, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-38472 LMI | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | TAMAR DIAMONDS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5466 - Checking Account |
| Taxpayer ID #: | **-***5648 | | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,000.00 | | 1,000.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 02/15/13 | {4} | Jewelry World.Com LLC | Sale proceeds; court ordered 02/04/13 | 1229-000 | 27,575.00 | | 28,555.00 |
| 02/25/13 | 11001 | Regions Bank | 60% of sale proceeds, court ordered 02/04/13 (ECF 195) | 4210-000 | | 16,545.00 | 12,010.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.21 | 11,996.79 |
| 03/01/13 | {10} | Everest Star Inc | Payment #1, court ordered 04/02/13 | 1241-000 | 2,500.00 | | 14,496.79 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.57 | 14,465.22 |
| 04/01/13 | {13} | Bijan Diamonds | Payment #1; court ordered 04/02/13 | 1241-000 | 1,250.00 | | 15,715.22 |
| 04/01/13 | {10} | Everest Star Inc | Balance; court ordered 04/02/13 | 1241-000 | 5,000.00 | | 20,715.22 |
| 04/09/13 | {12} | A. S. Diamonds Inc | Full settlement; court ordered 03/19/13 | 1241-000 | 7,500.00 | | 28,215.22 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.77 | 28,177.45 |
| 05/22/13 | | From Account #******5966 | transfer | 9999-000 | 11,250.00 | | 39,427.45 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.93 | 39,379.52 |
| 06/06/13 | {13} | Dijan Diamonds | Payment #3; court ordered 04/02/13 | 1241-000 | 1,250.00 | | 40,629.52 |
| 06/06/13 | {14} | E Z Diamond Imports Inc | Payment #1; court ordered 03/19/13 | 1241-000 | 2,500.00 | | 43,129.52 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.63 | 43,072.89 |
| 07/08/13 | {13} | Bijan Diamonds, Inc. | Payment #4; court ordered 04/02/2013 | 1241-000 | 1,250.00 | | 44,322.89 |
| 07/30/13 | | From Account #******5966 | transfer | 9999-000 | 2,500.00 | | 46,822.89 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.58 | 46,753.31 |
| 08/22/13 | {14} | E Z Diamond Imports Inc | Payment #3; court ordered 03/19/13 | 1241-000 | 2,500.00 | | 49,253.31 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.08 | 49,185.23 |
| 09/05/13 | {14} | E Z Diamond Imports Inc | Payment #4; court ordered 03/19/13 | 1241-000 | 2,500.00 | | 51,685.23 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.02 | 51,614.21 |
| 10/16/13 | {9} | Rahmanim's Imports | Full settlement; court ordered 12/12/13 | 1241-000 | 7,706.15 | | 59,320.36 |
| | | | **Subtotals :** | | **$76,281.15** | **$16,960.79** | |

{} Asset reference(s)                                                                                          Printed: 09/06/2016 12:48 PM    V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-38472 LMI  
**Case Name:** TAMAR DIAMONDS, INC.  

**Taxpayer ID #:** \*\*-\*\*\*5648  
**Period Ending:** 06/30/16  

**Trustee:** Barry E. Mukamal (290830)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*5466 - Checking Account  
**Blanket Bond:** $129,177,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.84 | 59,233.52 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.51 | 59,154.01 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.59 | 59,060.42 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.77 | 58,972.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.16 | 58,893.49 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.88 | 58,811.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.23 | 58,721.38 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.46 | 58,636.92 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.52 | 58,555.40 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.65 | 58,462.75 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.28 | 58,381.47 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.57 | 58,291.90 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.63 | 58,205.27 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.34 | 58,129.93 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.76 | 58,035.17 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.47 | 57,951.70 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.79 | 57,873.91 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.79 | 57,785.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.11 | 57,702.01 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.22 | 57,621.79 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.40 | 57,533.39 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.51 | 57,447.88 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.87 | 57,368.01 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.02 | 57,279.99 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.38 | 57,197.61 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.52 | 57,118.09 |

Subtotals :    $0.00    $2,202.27

{} Asset reference(s)    Printed: 09/06/2016 12:48 PM    V.13.28

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-38472 LMI | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | TAMAR DIAMONDS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5466 - Checking Account |
| Taxpayer ID #: | **-***5648 | | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.37 | 57,027.72 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.08 | 56,948.64 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.96 | 56,869.68 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.74 | 56,779.94 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.72 | 56,701.22 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.62 | 56,622.60 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.35 | 56,533.25 |
| | | | **ACCOUNT TOTALS** | | 76,281.15 | 19,747.90 | **$56,533.25** |
| | | | Less: Bank Transfers | | 14,750.00 | 0.00 | |
| | | | **Subtotal** | | **61,531.15** | **19,747.90** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$61,531.15** | **$19,747.90** | |

{} Asset reference(s)                                                                                     Printed: 09/06/2016 12:48 PM    V.13.28

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-38472 LMI | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | TAMAR DIAMONDS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5966 - Escrow Account |
| Taxpayer ID #: | **-***5648 | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/13 | {11} | Trustar Diamonds Inc | Settlement proceeds, court ordered 04/10/13 | 1241-000 | 10,000.00 | | 10,000.00 |
| 05/01/13 | {13} | Bijan Diamonds | Payment #2; court ordered 04/02/13 | 1241-000 | 1,250.00 | | 11,250.00 |
| 05/22/13 | | To Account #******5466 | transfer | 9999-000 | | 11,250.00 | 0.00 |
| 07/18/13 | {14} | E Z Diamond Imports Inc | Payment #2; court ordered 03/19/13 | 1241-000 | 2,500.00 | | 2,500.00 |
| 07/30/13 | | To Account #******5466 | transfer | 9999-000 | | 2,500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,750.00 | 13,750.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,750.00 | |
| | | | **Subtotal** | | 13,750.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,750.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/06/2016 12:48 PM        V.13.28

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | | | |
|---|---|---|---|
| **Case Number:** | 10-38472 LMI | **Trustee:** | Barry E. Mukamal (290830) |
| **Case Name:** | TAMAR DIAMONDS, INC. | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | ****-******00-65 - Checking Account |
| **Taxpayer ID #:** | **-***5648 | **Blanket Bond:** | $129,177,000.00  (per case limit) |
| **Period Ending:** | 06/30/16 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/11 | {8} | YOAB Group Incorporated | sale of empty safe, court order pending | 1229-000 | 1,000.00 | | 1,000.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029083088 20121220 | 9999-000 | | 1,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,000.00 | 1,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,000.00 | |
| | | | **Subtotal** | | 1,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,000.00** | **$0.00** | |

Net Receipts :           76,281.15

Net Estate :            $76,281.15

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5466** | 61,531.15 | 19,747.90 | 56,533.25 |
| **Checking # ******5966** | 13,750.00 | 0.00 | 0.00 |
| **Checking # ****-******00-65** | 1,000.00 | 0.00 | 0.00 |
| | $76,281.15 | $19,747.90 | $56,533.25 |

{} Asset reference(s)                                                           Printed: 09/06/2016 12:48 PM    V.13.28