**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**TAMAR DIAMONDS, INC.,**                    **Case No. 10-38472-BKC-LMI**
                                             Chapter 7

      Debtor.
_____/


## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS


      The trustee herein files this Notice of Dividends to the creditors of this estate.

Attached hereto is the Trustee's Final Dividend made to creditors.

      The dividend checks were mailed to creditors on **12/20/2019.**  If checks are not

cashed within 90 days by the creditors all remaining funds will be turned over to the

clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and

Local Rule 311.



                                          /s/ Barry E. Mukamal
                                     Barry E. Mukamal, Trustee
                                     1 SE Third Avenue, Box 158
                                     Miami, Florida 33131
                                     (786) 517-5760 - (786) 517-5772 Fax

Printed: 12/20/19 10:18                                                                                                          Page: 1

# Trustee's Final Dividends

### Case:    10-38472 TAMAR DIAMONDS, INC.

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/09/19 | 200 | DLA Piper LLP (US) 200 South Biscayne Blvd. Ste 2500 Miami, FL 33131 <3210-00 Attorney for Trustee Fees (Other Firm)> | $ 352,935.05 | $ 352,935.05 | $ 43,575.55 | $ 309,359.50 | $ 0.00 |
| | 07/09/19 | 200 | DLA Piper LLP (US) 200 South Biscayne Blvd. Ste 2500 Miami, FL 33131 <3220-00 Attorney for Trustee Expenses (Other Firm) > | $ 7,341.39 | $ 7,341.39 | $ 906.41 | $ 6,434.98 | $ 0.00 |
| | 08/23/18 | 200 | Marcum LLP One SE Third Ave, 11th Floor Miami, FL 33131 <3410-00 Accountant for Trustee Fees (Other Firm)> | $ 49,586.50 | $ 49,586.50 | $ 6,122.26 | $ 43,464.24 | $ 0.00 |
| | 08/23/18 | 200 | Marcum LLP One SE Third Ave, 11th Floor Miami, FL 33131 <3420-00 Accountant for Trustee Expenses (Other Firm)> | $ 129.90 | $ 129.90 | $ 16.04 | $ 113.86 | $ 0.00 |
| | 01/14/11 | 200 | United States Trustee (ADMINISTRATIVE) 51 SW 1 Ave., Room 1204 Miami, FL 33130 <2950-00 United States Trustee Quarterly Fees> | $ 325.00 | $ 325.00 | $ 40.13 | $ 284.87 | $ 0.00 |
| | 11/24/16 | 200 | Barry Mukamal PO Box 14183 Fort Lauderdale, FL 33302 <2100-00 Trustee Compensation> | $ 7,064.06 | $ 7,064.06 | $ 872.17 | $ 6,191.89 | $ 0.00 |
| | 08/29/19 | 200 | Barry Mukamal PO Box 14183 Fort Lauderdale, FL 33302 <2200-00 Trustee Expenses> | $ 370.71 | $ 370.71 | $ 45.77 | $ 324.94 | $ 0.00 |
| | | | Total for Priority 200:    12.34662% Paid | $ 417,752.61 | $ 417,752.61 | $ 51,578.33 | $ 366,174.28 | $ 0.00 |
| | | | Total for Admin Ch. 7 Claims: | $ 417,752.61 | $ 417,752.61 | $ 51,578.33 | $ 366,174.28 | $ 0.00 |
| **Admin Ch. 11 Claims:** | | | | | | | | |
| | 08/31/11 | 300 | Florida Department of Revenue Bankruptcy Unit PO Box 6668 Tallahassee, FL 32314-6668 <6820-00 Prior Chapter Other State or Local Taxes > | $ 50.00 | $ 50.00 | $ 0.00 | $ 50.00 | $ 0.00 |
| | | | Total for Priority 300:    0% Paid | $ 50.00 | $ 50.00 | $ 0.00 | $ 50.00 | $ 0.00 |
| | | | Total for Admin Ch. 11 Claims: | $ 50.00 | $ 50.00 | $ 0.00 | $ 50.00 | $ 0.00 |

Printed: 12/20/19 10:18                                                                                                                          Page: 2

# Trustee's Final Dividends

### Case:    10-38472 TAMAR DIAMONDS, INC.

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 11S | 04/20/11 | 100 | Regions Bank<br>PO Box 15710<br>Wilmington, DE 19886<br><4210-00 Personal Property & Intangibles - Consensual Liens> | $ 16,545.00 | $ 16,545.00 | $ 16,545.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:    100% Paid | $ 16,545.00 | $ 16,545.00 | $ 16,545.00 | $ 0.00 | $ 0.00 |
| 2 | 10/18/10 | 610 | American Honda Finance Corporation<br>PO Box 168088<br>Irving, TX 75016-8088<br><4210-00 Personal Property & Intangibles - Consensual Liens> | $ 20,679.06 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 610:    0% Paid | $ 20,679.06 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 37,224.06 | $ 16,545.00 | $ 16,545.00 | $ 0.00 | $ 0.00 |
| **Priority Claims:** | | | | | | | | |
| 1 -3 | 10/18/10 | 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 6,507.66 | $ 6,507.66 | $ 0.00 | $ 6,507.66 | $ 0.00 |
| 12P | 09/01/11 | 570 | Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 100.00 | $ 100.00 | $ 0.00 | $ 100.00 | $ 0.00 |
| 13P | 09/01/11 | 570 | Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 50.00 | $ 50.00 | $ 0.00 | $ 50.00 | $ 0.00 |
| 14P | 08/31/11 | 570 | Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 100.00 | $ 100.00 | $ 0.00 | $ 100.00 | $ 0.00 |
| | | | Total for Priority 570:    0% Paid | $ 6,757.66 | $ 6,757.66 | $ 0.00 | $ 6,757.66 | $ 0.00 |
| | | | Total for Priority Claims: | $ 6,757.66 | $ 6,757.66 | $ 0.00 | $ 6,757.66 | $ 0.00 |

# Trustee's Final Dividends

### Case:    10-38472 TAMAR DIAMONDS, INC.

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|--------|------|-----|----------------|-------------|----------------|--------------|---------------|------------------|
| **Unsecured Claims:** | | | | | | | | |
| 3 | 11/22/10 | 199 | AIM Recovery Services, Inc.<br>2875 NE 191st St., Ste 304<br>Aventura, FL 33180<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 78,578.61 | $ 78,578.61 | $ 1,902.90 | $ 76,675.71 | $ 0.00 |
| 4 | 11/29/10 | 199 | Fia Card Services, NA As Successor In Interest to<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,551.92 | $ 8,551.92 | $ 207.10 | $ 8,344.82 | $ 0.00 |
| 5 | 11/29/10 | 199 | Fia Card Services, NA As Successor In Interest to<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,816.75 | $ 5,816.75 | $ 140.86 | $ 5,675.89 | $ 0.00 |
| 6 | 12/23/10 | 199 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 10,792.19 | $ 10,792.19 | $ 261.35 | $ 10,530.84 | $ 0.00 |
| 8 | 03/03/11 | 199 | American InfoSource LP as agent for<br>Regions Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 10,129.00 | $ 10,129.00 | $ 245.29 | $ 9,883.71 | $ 0.00 |
| | | | Total for Priority 199:    2.42165% Paid | $ 113,868.47 | $ 113,868.47 | $ 2,757.50 | $ 111,110.97 | $ 0.00 |
| 9 | 04/12/11 | 610 | Splendid Diamonds, LLC<br>c/o Ivan J. Reich, Esq.,GrayRobinson,<br>P.A.,401 E. Las Olas Blvd.- Suite 1850<br>Ft. Lauderdale, FL 33131<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | 04/12/11 | 610 | Salomon Zicherman<br>c/o Ivan J. Reich, Esq.,GrayRobinson,<br>P.A.,401 E. Las Olas Blvd.- Suite 1850<br>Ft. Lauderdale, FL 33131<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11U | 04/20/11 | 610 | Regions Bank<br>PO Box 15710<br>Wilmington, DE 19886<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 381,504.94 | $ 381,504.94 | $ 0.00 | $ 381,504.94 | $ 0.00 |
| | | | Total for Priority 610:    0% Paid | $ 381,504.94 | $ 381,504.94 | $ 0.00 | $ 381,504.94 | $ 0.00 |

Printed: 12/20/19 10:18                                                                                                    Page: 4

# Trustee's Final Dividends

### Case:    10-38472 TAMAR DIAMONDS, INC.

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|--------|------|-----|----------------|-------------:|---------------:|-------------:|--------------:|-----------------:|
| 13F | 09/01/11 | 630 | Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Tallahassee, FL 32314-6668<br><7300-00 Section 726(a)(4) Fines, Penalties> | $ 50.00 | $ 50.00 | $ 0.00 | $ 50.00 | $ 0.00 |
| | | | Total for Priority 630:    0% Paid | $ 50.00 | $ 50.00 | $ 0.00 | $ 50.00 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 495,423.41 | $ 495,423.41 | $ 2,757.50 | $ 492,665.91 | $ 0.00 |
| | | | Total for Case: | $ 957,207.74 | $ 936,528.68 | $ 70,880.83 | $ 865,647.85 | $ 0.00 |